**STOLL, GLICKMAN & BELLINA**<sup>LLP</sup> ATTORNEYS AT LAW

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Brian M. Cogan                                                                     March 28, 2011
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
BY ECF

Re: <u>Rachel Colon v. City of New York et al. 10CV5085 (DGT) (CP)</u>

Your Honor --

As plaintiffs' attorney has described to the court in two successive conferences, we have been unable to contact plaintiffs in this matter. A so-ordered subpoena to the New York City Housing Authority has revealed no record of where the plaintiffs reside. Pursuant to the court's instructions at the last conference, we must agree that the case be dismissed.

We request that the case be dismissed without prejudice in the event that we make contact with the client in the near future. We also ask that, in light of the circumstances, that they conference scheduled for 4:30 p.m. today be adjourned. Defendants consent to the request for adjournment.

We thank the court for its consideration of plaintiff's request.

Sincerely,

*/s/ Leo Glickman*
Leo Glickman